IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-266-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSE AGUILAR-LARA,**

    Defendant.

## ORDER DIRECTING EXAMINATION

Kane, J.

Pursuant to this Court's Order granting Defendant's Amended Motion to Determine Competency, it is

ORDERED that the Defendant, Jost Aguilar-Lara, shall submit to an examination by Dr. Walter J. Torres, 3300 East First Avenue, Denver, CO 80206, for the purpose of determining whether the defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

At the discretion of Dr. Torres, the defendant shall be examined at the Douglas County Jail, or at the detention quarters of the offices of the United States Marshal, 901 19th Street, Denver, Colorado. Dr. Torres is authorized to contact the United States Marshal Service at 303-335-3400 to arrange for use of the facilities. The United States Marshal is directed to facilitate the defendant's presence for the examination at the date and time

arranged by Dr. Torres.

To the extent necessary, Dr. Torres is authorized to contact Assistant United States Attorney Robert E. Mydans at 303-454-0100 and Assistant Federal Public Defender Edward A. Pluss at 303-294-7002 to request copies of appropriate documents.

Following the examination, Dr. Torres shall prepare a report of his findings pursuant to 18 U.S.C. § 4247 (c) and send copies to all counsel and to the court within 30 days of the date of this order. Counsel shall then jointly contact the court within 10 days of the receipt of the report to request a date for a hearing to determine competency.

The Clerk of the Court is directed to fax a copy of this Order to Dr. Torres at 303-322-2155, and to mail a copy of the order to Dr. Torres at 3300 East First Avenue, Denver, CO 80206. The Clerk of the Court shall also serve a copy of this Order on the United States Marshal.

Dated this 14th day of July, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court