IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-266-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**JOSE AGUILAR-LARA,**

       Defendant.

---

## ORDER TOLLING SPEEDY TRIAL CALCULATION

Kane, J.

In light of this Court's Order granting Defendant's Amended Motion to Determine Competency, and subsequent Order Directing Examination, it is now

ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(A), the speedy trial calculation shall be tolled from July 1, 2008 until such time as the competency of Mr. Aguilar-Lara is determined.

Dated this 21st day of July, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court