IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00266-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE AGUILAR-LARA,

    Defendant.

---

## ORDER

---

On August 25, 2008, the Court held a competency hearing pursuant to Title 18, United States Code, Section 4241 and 4247(d). The defendant was present with counsel. Based upon a prior Order of this Court, a psychological evaluation of the defendant was conducted by Dr. Walter J. Torres, Ph.D. He opined that the defendant was presently incompetent. Dr. Torres prepared a written report dated August 13, 2008. Counsel for the government and the defendant received a copy of the report and stipulated to its contents and conclusion. The Court accepted the report and its conclusion for purposes of the competency hearing.

**THE COURT FINDS** by a preponderance of the evidence, based upon the psychological evaluation of Dr. Walter Torres that the defendant, Jose Aguilar-Lara, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**THEREFORE, IT IS ORDERED** that the defendant is committed to custody of the Attorney General of the United States to be sent to an institution for an appropriate psychiatric evaluation; and

**IT IS FURTHER ORDERED** that a status report shall be submitted to the Court and counsel not later than November 17, 2008.

DATED this 9th day of September, 2008.

BY THE COURT:

JOHN L. KANE
United States District Judge